June 1, 2020

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. Nos. 18-1079 & 18-1097

UNITED STATES OF AMERICA

v.

MARQUIS WILSON, Appellant in No. 18-1079

UNITED STATES OF AMERICA

v.

MALCOLM MOORE, Appellant in No. 18-1097

(E.D. Pa. Nos. 2:14-cr-00209-001 & 2:14-cr-00209-002)

Present:    HARDIMAN, GREENAWAY, JR., and BIBAS, Circuit Judges

Submitted is Appellants' motion to amend the opinion in the above-captioned cases.

Respectfully,

Clerk

_____ORDER_____

The foregoing motion is granted. The panel's precedential opinion filed May 22, 2020, is hereby vacated. An amended opinion will issue. The panel has edited language on page 24 of the opinion.

By the Court,

s/Stephanos Bibas
Circuit Judge

Dated: June 23, 2020
CLW/cc: Salvatore L. Astolfi, Esq.
            Robert A. Zauzmer, Esq.
            Alison Brill